**BURSOR & FISHER, P.A.**
Brittany S. Scott (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com
         idiaz@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROW CARE, INC.,<br><br>Defendant. | Case No. 5:24-cv-09122<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM AND [PROPOSED] ORDER** |

1   Plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move this Court for an order allowing Plaintiffs to proceed with this action with a caption using the pseudonyms, Jane Doe 1 and Jane Doe 2, and to prosecute this action under this pseudonym.

## STATEMENT OF POSITIONS

Plaintiffs could not ascertain the position of Defendant regarding this motion, as Defendant has not yet been served in this matter. Declaration of Brittany S. Scott ¶ 2.

## MEMORANDUM IN SUPPORT

This is a putative class action against Grow Care, Inc. ("Defendant") for aiding, employing and conspiring with third party entities to intercept Defendant's website users' communications on Defendant's website, growtherapy.com, related to the users' protected health information, such as information about their mental health conditions and treatment. ECF No. 1 ¶¶ 1-2. Defendant is an online mental health care provider specializing in providing access to therapy via its website, growtherapy.com. *Id.* ¶ 17. Information related to Plaintiffs' mental health conditions and the treatment they sought for these mental health conditions is the material at issue in this action. As part of the therapy booking process on Defendant's website, Plaintiffs answered a series of sensitive and confidential questions related to their mental health conditions and other identifying information such as their medical record number. *Id.* ¶¶ 57-67. Plaintiffs provided the information with the understanding that it would be reviewed by a therapist in connection with providing Plaintiffs with mental health treatment. ¶¶ 12, 16.

Plaintiff Jane Doe 1 is an adult citizen of the state of California residing in Campbell, California. *Id.* ¶ 11. Plaintiff Jane Doe 2 is an adult citizen of the state of California residing in Roseville, California. *Id.* ¶ 15. Plaintiffs began using Defendant's therapy service to obtain treatment for their mental health conditions. *Id.* ¶¶ 12, 16. Information related to such conditions and treatment of those conditions is protected by California law. *Id.* ¶ 101.

1  Plaintiffs bring this action against Defendant under a pseudonym due to the fact that it involves, and likely will require disclosure of, Plaintiffs' sensitive and protected health information, including information related to treatment for a mental health condition. Should Plaintiffs not be able to proceed under pseudonym, Plaintiffs may be subjected to ridicule and personal embarrassment.

Despite marked progress in recent years regarding the understanding of mental health disorders and their treatments, diagnosis of, and treatment for, a mental health condition continues to carry significant social and professional stigma. Disclosure of such information can be harmful to a person in a myriad of ways.

The Ninth Circuit has provided the following guidance:

> In this circuit, we allow parties to use pseudonyms in the 'unusual case' when nondisclosure of the party's identity 'is necessary…to protect a person from harassment, injury, ridicule or personal embarrassment.'…We join our sister circuits and hold that a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity.

*See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000); *see also Doe v. United Services Life Ins. Co.*, 123 F.R.D. 437 (S.D.N.Y. 1988) (allowing a plaintiff to sue an insurance company anonymously to allow him to keep his sexual orientation private); *Doe v. Deschamps*, 64 F.R.D. 652, 653 (D. Mont. 1974) (permitted plaintiff in abortion suit to use pseudonym due to the personal nature of pregnancy). In light of the facts above, Plaintiffs' need for anonymity outweighs any prejudice to the public in knowing Plaintiffs' identity. There is no prejudice to Defendant because Plaintiffs will provide their name to Defendant in documents under seal.

Plaintiffs respectfully request that the Court grant the requested relief at this time and allow Plaintiffs to proceed anonymously. For all the reasons stated above, Plaintiffs respectfully request that the Court enter the Proposed Order below.

| | |
|---|---|
| Dated: December 19, 2024 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By: */s/ Brittany S. Scott* <br> Brittany S. Scott |
| | Brittany S. Scott (State Bar No. 327132) <br> L. Timothy Fisher (State Bar No. 191626) <br> Ines Diaz Villafana (State Bar No. 354099) <br> 1990 North California Blvd., 9th Floor <br> Walnut Creek, CA 94596 <br> Telephone: (925) 300-4455 <br> Facsimile:  (925) 407-2700 <br> E-Mail: bscott@bursor.com <br>    idiaz@bursor.com |
| | **BURSOR & FISHER, P.A.** <br> Philip L. Fraietta (State Bar No. 354768) <br> 1330 Avenue of the Americas, 32nd Floor <br> New York, NY 10019 <br> Telephone: (646) 837-7408 <br> Facsimile: (212) 989-9163 <br> E-mail: pfraietta@bursor.com |
| | **DRURY LEGAL, LLC** <br> Scott R. Drury (State Bar No. 355002) <br> 6 Carriage Lane <br> Highwood, Illinois 60040 <br> Telephone: (312) 358-8225 <br> E-mail: scott@drurylegal.com |
| | *Attorneys for Plaintiffs and the Putative Class* |

**[PROPOSED] ORDER**

UPON THE ADMINISTRATIVE MOTION of Plaintiffs Jane Doe 1 and Jane Doe 2, it is hereby ordered:

Plaintiffs may proceed with this action using the pseudonyms Jane Doe 1 and Jane Doe 2, and with a caption reflecting that Pseudonym.

IT IS SO ORDERED.

Date: January 3, 2025

_____
District Court Judge