Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662

Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5218

Sarah E. Gallo (SBN 334455)
sgallo@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

*Attorneys for Defendant
Grow Care, Inc.*

Philip L. Fraietta (SBN 354768)
BURSOR & FISHER, P.A.
50 Main St., Ste. 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
pfraietta@bursor.com

Ines Diaz Villafana (SBN 354099)
BURSOR & FISHER, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
idiaz@bursor.com

Scott R. Drury (SBN 355002)
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, IL 60040
Telephone: (312) 358-8225
scott@drurylegal.com

*Attorneys for Plaintiffs
Jane Doe 1 and Jane Doe 2*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GROW CARE, INC.,<br><br>Defendant. | Case No. 5:24-cv-09122-NW<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Date: March 4, 2026<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 5th Floor<br>Judge: Hon. Noël Wise |

Having considered Plaintiffs' Jane Doe 1 and Jane Doe 2 and Defendant Grow Care, Inc.'s Stipulation to Transfer Action to the Southern District of New York, and good causing appearing, IT IS HEREBY ORDERED THAT:

This action shall be transferred to the United States District Court for the Southern District of New York. The Clerk of Court shall effect such transfer forthwith.

Defendant does not dispute that it is subject to personal jurisdiction in New York, but the Motion to Dismiss the First Amended Class Action Complaint, ECF No. 37, is otherwise fully briefed and ripe for adjudication in the Southern District of New York.

All discovery completed to date in this case is deemed to have been taken and completed in the Southern District of New York.

Dated: _____February 25_____, 2026        _____

Hon. Noel Wise
United States District Judge

1